

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2019

No. 04-19-00789-CV

**IN THE INTEREST OF C.D.M., AND C.M.M.**, Children,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-13803
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

The clerk's record was due to be filed in this appeal on December 2, 2019. On December 3, 2019, the trial court clerk filed a notification of late record stating that the clerk's record has not filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court